McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUE VANG, ) | 1:05-cv-0539 AWI LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's confidential letter brief be extended from December 20, 2005 to January 19, 2006.

//

//

//

//

1

1   This is defendant's first request for an extension of time to respond to plaintiff's
2   confidential letter brief. Defendant needs the additional time to further review the file and
3   prepare a response in this matter.

Respectfully submitted,

Dated: December 28, 2005             /s/ Gina M. Fazio
                                          (As authorized via facsimile)
                                          GINA M. FAZIO
                                          Attorney for Plaintiff


Dated: December 29, 2005             McGREGOR W. SCOTT
                                          United States Attorney



                                          /s/ Kristi C. Kapetan
                                          KRISTI C. KAPETAN
                                          Assistant U.S. Attorney




IT IS SO ORDERED.

**Dated:   January 3, 2006**                **/s/ Lawrence J. O'Neill**
b9ed48                                    UNITED STATES MAGISTRATE JUDGE